UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRASERS GROUP PLC.,

                        Applicant.

Pursuant to 28 U.S.C. § 1782
for Judicial Assistance in Obtaining
Evidence for Use in a Foreign and
International Proceeding.

23 MC. 348 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received an application from Frasers Group PLC, a party to pending litigation in the United Kingdom, seeking evidence from James Gorman, whom Frasers identifies as the chairman and chief executive of Morgan Stanley, pursuant to 28 U.S.C. § 1782. *See* Dkt. 1. Frasers Group seeks documents from Mr. Gorman. It also appears to seek testimony from Mr. Gorman.

    Although Frasers Group requests that its application be granted on its face, the Court's judgment is to defer ruling pending a response from Mr. Gorman and Morgan Stanley. The Court directs that such a response be filed by Friday, September 29, 2023. Any reply by Frasers Group is due by October 3, 2023.

    The Court will hold a conference to discuss the application on October 5, 2023 at 2:30 pm. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for

the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

The Court orders Frasers Group to serve this order and associated filings at Dockets 1 and 2 on Mr. Gorman and Morgan Stanley by September 22, 2023 at 12 pm, and promptly thereafter to file a notice on the docket attesting to the fact of such service.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 21, 2023
　　　　New York, New York